# EXHIBIT B

Brand information in **Authenticity of avocado and olive oils used as ingredients in commercially processed foods**

https://doi.org/10.1016/j.afres.2026.102389

| *Sample #* | *Brand* | *Product name* | *Compositionally consistent with authentic oil* |
|---|---|---|---|
| *1* | Boulder Canyon | Avocado Oil Classic Sea Salt Kettle Style Potato Chips | |
| *2* | Boulder Canyon | Avocado Oil Classic Sea Salt Kettle Style Potato Chips | |
| *3* | Boulder Canyon | Olive Oil Classic Sea Salt Kettle Style Potato Chips | |
| *4* | Boulder Canyon | Olive Oil Classic Sea Salt Kettle Style Potato Chips | √ |
| *5* | Lesser Evil | Moonions Intergalactic Onion Made with Organic Avocado Oil | |
| *6* | Lesser Evil | Moonions Intergalactic Onion Made with Organic Avocado Oil | √ |
| *7* | Lay's | Baked BBQ Flavored Potato Crisps Made with Olive Oil | √ |
| *8* | Lay's | Baked BBQ Flavored Potato Crisps Made with Olive Oil | √ |
| *9* | Simply | Tostitos Sea Salt & Avocado Oil Tortilla Chips | √ |
| *10* | Simply | Tostitos Sea Salt & Avocado Oil Tortilla Chips | |
| *11* | Trader Joe's | Kettle Cooked Olive Oil Potato Chips | √ |
| *12* | Trader Joe's | Kettle Cooked Olive Oil Potato Chips | √ |
| *13* | Siete | Kettle Cooked Sea Salt Potato Chips Made with Avocado Oil | |
| *14* | Siete | Kettle Cooked Sea Salt Potato Chips Made with Avocado Oil | |
| *15* | Siete | Maiz Sea Salt Corn Tortilla Chips Made with Avocado Oil | |
| *16* | Siete | Maiz Sea Salt Corn Tortilla Chips Made with Avocado Oil | |
| *17* | Kettle Brand | Sea Salt with a Hint of Pink Peppercorn Chips Made with Avocado Oil | |
| *18* | Kettle Brand | Sea Salt with a Hint of Pink Peppercorn Chips Made with Avocado Oil | |
| *19* | Kettle Brand | Apple Cider Vinegar Chips Made with Avocado Oil | |
| *20* | Kettle Brand | Apple Cider Vinegar Chips Made with Avocado Oil | |
| *21* | Jackson's | Avocado Oil Sweet Potato Chips | |
| *22* | Jackson's | Avocado Oil Sweet Potato Chips | |
| *23* | Jackson's | Kettle Cooked Sea Salt Potato Chips Only with Avocado Oil | |
| *24* | Jackson's | Kettle Cooked Sea Salt Potato Chips Only with Avocado Oil | |

| | | | |
|---|---|---|---|
| 25 | Sprouts | Organic Sea Salt & A Hint of Lime Tortilla Chips Made with Avocado Oil | |
| 26 | Sprouts | Organic Sea Salt & A Hint of Lime Tortilla Chips Made with Avocado Oil | |
| 27 | Sprouts | Kettle Style Potato Chips Made with 100% Avocado Oil Sea Salt | |
| 28 | Sprouts | Kettle Style Potato Chips Made with 100% Avocado Oil Sea Salt | |
| 29 | Sensible Portions | Garden Veggie Straws Made with Avocado Oil Sea Salt | |
| 30 | Sensible Portions | Garden Veggie Straws Made with Avocado Oil Sea Salt | |
| 31 | Torres | Extra Virgin Olive Oil Potato Chips | √ |
| 32 | Torres | Extra Virgin Olive Oil Potato Chips | √ |
| 33 | Bettergoods | Hatch Chile Tortilla Chips Fried in 100% Avocado Oil | |
| 34 | Bettergoods | Hatch Chile Tortilla Chips Fried in 100% Avocado Oil | |
| 35 | Good Health | Kettle Style Avocado Oil Potato Chips Sea Salt | |
| 36 | Good Health | Kettle Style Avocado Oil Potato Chips Sea Salt | |
| 37 | Graza | Extra Virgin Olive Oil Potato Chips | √ |
| 38 | Graza | Extra Virgin Olive Oil Potato Chips | √ |
| 39 | Sprouts | Balsamic Vinaigrette with Avocado Oil | |
| 40 | Sprouts | Balsamic Vinaigrette with Avocado Oil | |
| 41 | Primal Kitchen | Avocado Oil and Vinegar Vinaigrette & Marinade | |
| 42 | Primal Kitchen | Avocado Oil and Vinegar Vinaigrette & Marinade | |
| 43 | Primal Kitchen | Italian Dressing & Marinade Made with Avocado Oil | |
| 44 | Primal Kitchen | Italian Dressing & Marinade Made with Avocado Oil | |
| 45 | Chosen Foods | Lemon Garlic Dressing & Marinade Made with 100% Pure Avocado Oil | |
| 46 | Chosen Foods | Lemon Garlic Dressing & Marinade Made with 100% Pure Avocado Oil | |
| 47 | Chosen Foods | Zesty Italian Dressing & Marinade Made with 100% Pure Avocado Oil | |
| 48 | Chosen Foods | Zesty Italian Dressing & Marinade Made with 100% Pure Avocado Oil | |
| 49 | Bella Sun Luci | Sonoma Vinaigrette Made with 100% Olive Oil | √ |
| 50 | Bella Sun Luci | Sonoma Vinaigrette Made with 100% Olive Oil | √ |
| 51 | Bragg | Organic Vinaigrette Dressing Made with 100% Extra Virgin Olive Oil | √ |
| 52 | Bragg | Organic Vinaigrette Dressing Made with 100% Extra Virgin Olive Oil | √ |
| 53 | Briannas | Classic Balsamic Vinaigrette Made with 100% Avocado Oil | |
| 54 | Briannas | Classic Balsamic Vinaigrette Made with 100% Avocado Oil | |

| | | | |
|---|---|---|---|
| 55 | California Olive Ranch | Balsamic Vinaigrette Dressing Made with Extra Virgin Olive Oil | √ |
| 56 | California Olive Ranch | Balsamic Vinaigrette Dressing Made with Extra Virgin Olive Oil | √ |
| 57 | Chosen Foods | Vegan Mayo Made with 100% Pure Avocado Oil | |
| 58 | Chosen Foods | Vegan Mayo Made with 100% Pure Avocado Oil | |
| 59 | Chosen Foods | Classic Mayo Made with 100% Pure Avocado Oil | |
| 60 | Chosen Foods | Classic Mayo Made with 100% Pure Avocado Oil | |
| 61 | Primal Kitchen | Real Mayonnaise Made with Avocado Oil | |
| 62 | Primal Kitchen | Real Mayonnaise Made with Avocado Oil | |
| 63 | Sir Kensington's | Avocado Oil Mayonnaise | |
| 64 | Sir Kensington's | Avocado Oil Mayonnaise | |
| 65 | BetterBody Foods | 100% Avocado Oil Mayo | |
| 66 | BetterBody Foods | 100% Avocado Oil Mayo | |
| 67 | Grove | AvoYeah! Mayo Sauce Made with Avocado Oil | √ |
| 68 | Grove | AvoYeah! Mayo Sauce Made with Avocado Oil | √ |
| 69 | Grove | AvoYeah! Garlic Aioli Sauce Made with Avocado Oil | √ |
| 70 | Grove | AvoYeah! Garlic Aioli Made with Avocado Oil | √ |
| 71 | Graza | "Original" Mayo 100% Olive Pomace Oil & E.V.O.O. | √ |
| 72 | Graza | "Original" Mayo 100% Olive Pomace Oil & E.V.O.O. | √ |
| 73 | Graza | "Fancy" Mayo 100% Extra Virgin Olive Oil | √ |
| 74 | Graza | "Fancy" Mayo 100% Extra Virgin Olive Oil | √ |

The study evaluated products purchased during a specific time period and represents a snapshot of the marketplace rather than a continuous assessment of brand quality. Consumers, manufacturers, and suppliers should recognize that ingredient sourcing and formulations may change over time. Consistent results across multiple lots provide greater confidence in ingredient authenticity than results based on a single lot.