# EXHIBIT C

**DECLARATION OF ANDREW SHAMIS**

I, Andrew Shamis, hereby declare:

1. I am a counsel of record in the action entitled *Floro v. Garza Food Ventures, LLC, et al.* I am a competent adult over eighteen years of age and I have personal knowledge of the facts set forth herein, except as to those matters stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would testify competently thereto.

2. I submit this declaration pursuant to California Civil Code § 1780(d) to state facts showing that this action has been commenced in a proper place for its trial.

3. This action is filed in the United States District Court for the Southern District of New York. Venue is proper in this District because Defendants reside in this District.

4. Defendant PepsiCo, Inc. resides in this District. PepsiCo, Inc. maintains its principal place of business and world headquarters at 700 Anderson Hill Road, Purchase, New York 10577, which lies in Westchester County within the Southern District of New York. PepsiCo, Inc. is therefore at home in New York and is subject to the general personal jurisdiction of this Court.

5. Defendant Garza Food Ventures, LLC dba Siete Foods likewise resides in this District for purposes of California Civil Code § 1780(d) because Garza Food Ventures, LLC conducts and transacts substantial business in New York and purposefully placed the products at issue into the stream of commerce within New York, including in this District.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 17 of September at Miami, Florida.

Andrew Shamis