ASHURST PERKINS COIE

Ashurst Perkins Coie US LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
ashurstperkinscoie.com

Application granted. No further extensions will be granted.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 12.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
November 5, 2026

November 5, 2026

**VIA ECF**

Hon. Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** ***Jacob Floro v. Garza Food Ventures, LLC dba Siete Foods and PepsiCo Inc.*, Case No. 7:26-cv-08115 (S.D.N.Y.)**

Dear Judge Halpern:

We write on behalf of Defendants Garza Food Ventures, LLC and PepsiCo, Inc. ("Defendants"), on consent of Plaintiff Jacob Floro ("Plaintiff") and pursuant to Rule 1.C. of Your Honor's Individual Practices and Local Civil Rule 7.1(e), to request a second extension of 42 days of time to respond to the Complaint (Dkt. No. 1), from November 9, 2026, through December 21, 2026. Several related actions are pending in six different federal districts, and Defendants are evaluating options for coordination. The requested extension would provide additional time for the parties to continue conferring about the best path forward for coordinating these cases.

Plaintiff served Defendants with the Complaint on September 23, 2026, and Defendants' original deadline to respond to the Complaint was October 14, 2026. The Court previously extended that deadline to November 9, 2026.

This is Defendants' second request to extend their response deadline, and it does not affect any other scheduled dates or deadlines. Counsel for Plaintiff consents to the requested extension.

Respectfully Submitted,

Emily B. Cooper

cc: All counsel of record via ECF

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions.